IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30292
_____


MELVIN ALLEN,

                                        Plaintiff-Appellant,

                        versus

ED DAY, Warden, ET AL.,

                                        Defendants-Appellees.

_____

        Appeal from the United States District Court for the
                    Eastern District of Louisiana
                            (94 CV 1977)
_____

                        (August 9, 1995)

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

        The judgment of the district court is AFFIRMED.   See Local

Rule 47.6.

                                        A F F I R M E D.

_____

        [*]Local Rule 47.5 provides:  "The publication of opinions that
have no precedential value and merely decide particular cases on
the basis of well-settled principles of law imposes needless
expense on the public and burdens on the legal profession."
Pursuant to that Rule, the court has determined that this opinion
should not be published.